

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00217-CV

**Ruben Grijalva**

v.

**Bally Total Fitness Corporation**

NO. 2011-42189 IN THE 334TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/17/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $15.00 | 09/16/2014 | PAID | APE |
| MT FEE | $10.00 | 08/26/2014 | E-PAID | APE |
| MT FEE | $10.00 | 08/26/2014 | E-PAID | APE |
| SUPP CLK RECORD | $9.00 | 07/31/2014 | PAID | ANT |
| MT FEE | $10.00 | 05/20/2014 | E-PAID | ANT |
| CLK RECORD | $249.00 | 04/08/2014 | PAID | ANT |
| MT FEE | $10.00 | 04/04/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/20/2014 | E-PAID | ANT |
| FILING | $175.00 | 03/20/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $518.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 12, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**